Matter of Avalina D. (Jason D.) (2025 NY Slip Op 00602)

Matter of Avalina D. (Jason D.)

2025 NY Slip Op 00602

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., MONTOUR, OGDEN, DELCONTE, AND HANNAH, JJ.

956 CAF 23-01228

[*1]IN THE MATTER OF AVALINA D. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT; JASON D., RESPONDENT-APPELLANT.

THOMAS L. PELYCH, HORNELL, FOR RESPONDENT-APPELLANT.
DEANA D. GATTARI, UTICA, FOR PETITIONER-RESPONDENT. 
COURTNEY S. RADICK, OSWEGO, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Oneida County (Paul M. Deep, J.), entered July 6, 2023, in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent with respect to the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of Anavias D. (Jason D.) ([appeal No. 1] — AD3d — [Jan. 31, 2025] [4th Dept 2025]).
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court